UNITED STATES of America,
Plaintiff–Appellee,

v.

Matthew Brent FINDLEY,
Defendant–Appellant.

No. 07–14442
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 5, 2008.

William Gregory Hughes, Mobile, AL, for Defendant–Appellant.

Steven E. Butler, Justice Dept., Civil Rights Division, Employment Litigation Section, Mobile, AL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

William Gregory Hughes, counsel for Matthew Brent Findley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Findley's convictions and sentences are **AFFIRMED.**